UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-80063-CR-MIDDLEBROOKS/BRANNON

IN RE SEALED INDICTMENT
_____/

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the Indictment, arrest warrant, and this Order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment, arrest warrant, and this Order shall be filed under seal until the arrest of the defendant or further order of the Court, however, the United States Attorney's Office and law enforcement personnel may obtain copies of the Indictment, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this 22nd day of April 2021.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Jaime de Boer, DOJ Trial Attorney